```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-   20-CR-124 (VEC)

ERICK SANTIAGO,   ORDER

                    Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS sentencing is scheduled for May 27, 2020;

    IT IS HEREBY ORDERED that sentencing is adjourned to **July 29, 2020, at 2:00 p.m.**

**SO ORDERED.**

Date:  May 15, 2020  
       New York, NY

*(signature)*  
**VALERIE CAPRONI**  
**United States District Judge**