```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

    -against-                                    20-CR-124 (VEC)

ERICK SANTIAGO,                              ORDER

                               Defendant.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS sentencing is scheduled for July 29, 2020**;**

    IT IS HEREBY ORDERED that the public may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 0124#.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the instructions, attached.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client (if attending the proceeding) does not meet the requirements.

**SO ORDERED.**

**Date:  July 28, 2020**
**New York, NY**

                                                  _____
                                                       **VALERIE CAPRONI**
                                                      **United States District Judge**