2 O CRIM 124

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                     :
UNITED STATES OF AMERICA             :
                                     :    CONSENT PRELIMINARY ORDER
        - v. -                       :    OF FORFEITURE/
                                     :    MONEY JUDGMENT
ERICK SANTIAGO,                      :
                                     :    20 Cr. _____ (VEC)
              Defendant.             :
                                     :
- - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about February 13, 2020,  ERICK SANTIAGO

(the "defendant"), was charged in a one-count Information, 20 Cr.

124  (VEC)  (the  "Information"),  with  conspiracy  to  steal

government funds, in violation of Title 18, United States Code,

Section 371 (Count One);

        WHEREAS,    the    Information    included    a    forfeiture

allegation as to Count One of the Information, seeking forfeiture

to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section

2461(c),  of  any  and  all  property,  real  and  personal,  that

constitutes or is derived from proceed traceable to the commission

of the offense charged in Count One of the Information, including

but  not  limited  to  a  sum  of  money  in  United  States  currency

representing the amount of proceeds traceable to the commission of

the offense charged in Count One of the Information;

        WHEREAS,  on  or  about  February  13,  2020,  the  defendant

pled guilty to Count One of the Information, pursuant to a plea

agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), a sum of money equal to $148,505.59 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $148,505.59 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Michael R. Herman of counsel, and the defendant, and his counsel, Irwin Rochman, Esq., that:

1.    As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of $148,505.59 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained, shall be entered against the defendant.

2.    Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, ERICK SANTIAGO, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.    All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture

Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.    The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9.    The  signature  page  of  this  Consent  Preliminary
Order of Forfeiture/Money Judgment may be executed in one or more
counterparts, each of which will be deemed an original but all of
which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____     2/13/2020
    MICHAEL R. HERMAN                     DATE
    Assistant United States Attorney
    One St. Andrew's Plaza
    New York, NY 10007
    (212)637-2221


ERICK SANTIAGO

By: _____     2/13/2020
    ERICK SANTIAGO                        DATE


By: _____     2/13/2021
    IRWIN ROCHMAN, ESQ.                   DATE
    Attorney for Defendant
    Tesser, Ryan & Rochman LLP
    509 Madison Ave
    New York, NY 10022


SO ORDERED:

_____          2·13·20
HONORABLE VALERIE E. CAPRONI             DATE
UNITED STATES DISTRICT JUDGE