Case 1:20-cr-00124-VEC   Document 34   Filed 02/10/21   Page 1 of 1

# MEMO ENDORSED



**TESSER, RYAN & ROCHMAN LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2021

OFFICES IN NEW YORK, NY & WHITE PLAINS, NY

February 9, 2021

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

    Re:    **United States v. Erick Santiago**
              **Docket No. CR124-001(VEC)**
              **Request for release of Passport**

Dear Judge Caproni,

I write to request that The Court grant permission to Pretrial Services to release my client's passport to him. Mr. Santiago has completed serving his 10 day sentence at the MCC. He is complying with the terms and conditions of his supervised release. I have spoken with both AUSA Michael Herman and Pretrial Services (Francesca), both of whom have no objection to your granting this request.

Respectfully Submitted,

Irwin Rochman

Application GRANTED.

SO ORDERED.

*Valerie Caproni* 2/10/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

P: (212) 754-9000 / www.TesserRyan.com / F: (914) 368-4527